**Dismiss and Opinion Filed July 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00842-CR
No. 05-15-00843-CR
No. 05-15-00844-CR

**BRADLEY THOMAS CHANEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. MA13-13389-C, MA13-13390-C, MA13-13391-C**

## MEMORANDUM OPINION
Before Justices Francis, Lang-Miers, and Whitehill

Appellant has filed motions to dismiss the appeals. Appellant's counsel has approved the

motions. The Court **GRANTS** the motions and **ORDERS** that the appeals be **DISMISSED** and

this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).


PER CURIAM


Do Not Publish
TEX. R. APP. P. 47
150842F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BRADLEY THOMAS CHANEY, Appellant

No. 05-15-00842-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Criminal Court No. 3, Dallas County, Texas
Trial Court Cause No. MA13-13389-C.
Opinion delivered per curiam before Justices Francis, Lang-Miers. and Whitehill.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered July 20, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BRADLEY THOMAS CHANEY, Appellant

No. 05-15-00843-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Criminal Court
No. 3, Dallas County, Texas
Trial Court Cause No. MA13-13390-C.
Opinion delivered per curiam before Justices
Francis, Lang-Miers, and Whitehill.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered July 20, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BRADLEY THOMAS CHANEY, Appellant

No. 05-15-00844-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Criminal Court
No. 3, Dallas County, Texas
Trial Court Cause No. MA13-13391-C.
Opinion delivered per curiam before Justices
Francis, Lang-Miers, and Whitehill.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered July 20, 2015.